# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 1, 2013

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **ROBERT FEREBEE,** | : | **VIOLATIONS: 21 U.S.C. § 841(a)(1)** |
| **RANDOLPH JARMON,** | : | **and § 841(b)(1)(B)(iii)** |
| **MICHAEL LEE SMITH,** | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute 28 Grams or More of Cocaine** |
| Defendants. | : | **Base)** |
| | : | **18 U.S.C. § 2** |
| | : | **(Aiding and Abetting)** |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about August 19, 2014, within the District of Columbia, **ROBERT FEREBEE, RANDOLPH JARMON, and MICHAEL LEE SMITH,** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture or substance was 28 grams or more.

   (**Unlawful Possession with Intent to Distribute 28 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii), Title 18, United States Code, Section 2)

   A TRUE BILL:


   FOREPERSON.

Attorney of the United States in
and for the District of Columbia.